UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PAUL GREIFF, individually and on behalf of all others similarly situated, | ) ) ) ) | C.A. No. 09-1388 |
| Plaintiffs, | ) ) ) | CLASS ACTION |
| v. | ) ) | |
| PALACE ENTERTAINMENT HOLDINGS, INC., | ) ) ) | JURY TRIAL DEMANDED |
| Defendant. | ) ) | |

## ORDER OF COURT

AND NOW, this 8th day of December, 2009, upon consideration of the parties' Stipulation, it is hereby **ORDERED** that Plaintiff shall file, on or before December 11, 2009, an Amended Complaint.

It is further **ORDERED** that Palace Entertainment Holdings, LLC (incorrectly named as Palace Entertainment Holdings, Inc. in the currently operative Complaint), to the extent it remains a party to the action following Plaintiff's amendment of the Complaint, shall file a response thereto on or before December 18, 2009.

BY THE COURT:

s/Gary L. Lancaster
_____
Gary L. Lancaster, Chief U.S. District Judge

{01068384}