IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAUL GREIFF, individually, and on behalf of all others similarly situated, | Case No. 09-CV-1388 |
| Plaintiff, | CLASS ACTION |
| v. PALACE ENTERTAINMENT HOLDING, LLC and ENTERPRISE ATM, INC. | The Honorable Gary L. Lancaster Filed Electronically JURY TRIAL DEMANDED |
| Defendants. | |

**JOINT STIPULATION CONCERNING THE WITHDRAWAL OF CERTAIN AFFIRMATIVE DEFENSES RAISED BY DEFENDANT ENTERPRISE ATM, INC. AND THE WITHDRAWAL OF PLAINTIFF'S MOTION TO STRIKE CERTAIN AFFIRMATIVE DEFENSES**

Plaintiff Paul Greiff and Defendant Enterprise ATM, Inc. ("Enterprise"), by and through their undersigned attorneys, stipulate as follows:

1. Enterprise hereby withdraws its Fourth, Sixth, Seventh, Twelfth, Fourteenth, Eighteenth, Nineteenth, and Thirty First Affirmative Defenses.

2. Plaintiff hereby withdraws his Motion to Strike Certain Affirmative Defenses, Or In The Alternative, Motion for More Definite Statement.

Respectfully submitted,

| CARLSON LYNCH LTD | BUCHANAN INGERSOLL & ROONEY PC |
|---|---|
| By: /s/ R. Bruce Carlson (per telephone auth.) | By: /s/ Brian H. Simmons |
| R. Bruce Carlson, Esq.<br>bcarlson@carlsonlynch.com<br>PA56657 | Brian H. Simmons, Esq.<br>brian.simmons@bipc.com<br>PA84187 |
| 231 Melville Lane<br>P.O. Box 367<br>Sewickley, PA 15143<br>(412) 749-1677 | 20th Floor, One Oxford Centre<br>Pittsburgh, PA 15219<br>(412) 562-8800 |
| Counsel for Plaintiff | Counsel for Defendant Enterprise ATM, Inc. |

February 26, 2010

SO ORDERED, this 26th day of February, 2010.

[signature]

Hon. Gary L. Lancaster, Chief U.S. District Judge