UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAUL GREIFF, individually and on behalf of all others similarly situated, | C.A. No. 09-1388 |
| Plaintiffs, | CLASS ACTION |
| v. | |
| PALACE ENTERTAINMENT HOLDINGS, LLC, and ENTERPRISE ATM, INC., | JURY TRIAL DEMANDED |
| Defendants. | |

## STIPULATION FOR VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the voluntary dismissal with prejudice of Defendant Palace Entertainment Holdings, LLC.

Dated: June 23, 2010

/s/ R. Bruce Carlson
R. Bruce Carlson, Esq.
Pa. I.D. No. 56657
bcarlson@carlsonlynch.com
Gary F. Lynch, Esq.
Pa. I.D. No. 56887
glynch@carlsonlynch.com
CARLSON LYNCH, LTD.
231 Melville Lane
P.O. Box 367
Sewickley, PA 15143
*(Attorneys for Plaintiff)*

/s/ Andrew G. Jenkins
Robert J. Ridge, Esq.
Pa. I.D. No. 58651
rridge@thorpreed.com
Andrew G. Jenkins, Esq.
Pa. I.D. No. 76426
ajenkins@thorpreed.com
THORP REED & ARMSTRONG, LLP
One Oxford Centre
301 Grant Street, 14th Floor
Pittsburgh, PA 15219
*(Attorneys for Defendant
Palace Entertainment Holdings, LLC)*

/s/ Brian H. Simmons
Brian H. Simmons, Esq.
Pa. I.D. No. 84187
brian.simmons@bipc.com
BUCHANAN INGERSOLL & ROONEY, PC
20th Floor, One Oxford Centre
Pittsburgh, PA 15219
*(Counsel for Defendant
Enterprise ATM, Inc.)*

SO ORDERED, this 23rd day of June, 2010.

_____, C.J.