## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAUL GREIFF, individually, and on behalf of all others similarly situated, | )<br>)<br>) |
| Plaintiff, | ) Case No. 09-CV-1388 |
| v. | ) CLASS ACTION |
| ENTERPRISE ATM, INC., | ) The Honorable Gary L. Lancaster |
| Defendant. | ) Filed Electronically |
| | ) JURY TRIAL DEMANDED |

### PROTECTIVE ORDER

Pursuant to the agreement of counsel for the parties, the Court hereby enters a Protective Order consistent with the terms of the signed Confidentiality Stipulation filed with the Court on July 27, 2010.

Dated: 7-27-2010

Gary L. Lancaster
Chief United States District Judge